UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT D. PENA,

                Petitioner,

v.

JEFFREY A UTTECHT,

                Respondent.

Case No. C17-1918-RSM-MAT

ORDER DIRECTING RESPONDENT
TO FILE ADDITIONAL RECORDS

This is a 28 U.S.C. § 2254 habeas action. Respondent has submitted portions of the state court record but not everything the Court needs to properly review petitioner's habeas petition. **As soon as possible and no later than Wednesday, September 18, 2019**, Respondent shall file copies of the following:

    (1)    Transcripts from voir dire;

    (2)    Transcripts of the trial testimony of L.L. and petitioner's fiancé;

    (3)    Transcripts of the discussions between the court and counsel regarding L.L.'s identification of petitioner; and

    (4)    Transcripts of all instances involving Juror 53's difficulty hearing.

ORDER DIRECTING RESPONDENT TO
FILE ADDITIONAL RECORDS - 1

1. The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

2. Dated this 12th day of September, 2019.

Mary Alice Theiler
United States Magistrate Judge